# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J & J CELCOM, *et al.*, | No. CV 03-2629 P |
| Plaintiffs, | **DECLARATION OF THOMAS HAYTON IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS MOTION IN LIMINE REGARDING MORRIS' DECEMBER 17, 2004 REPORT** |
| v. | |
| AT&T WIRELESS SERVICES, INC., *et al.*, | |
| Defendants. | **NOTED ON MOTION CALENDAR: FRIDAY, MAY 6, 2005** |

THOMAS HAYTON declares as follows:

1.     First, I cross reference statements about my credentials in my earlier declarations.

2.     With regard to the above-referenced Opposition, I am enclosing true and correct copies of the following documents:

   – Plaintiffs' FRCP 26(a)(2) disclosures (relevant part to Morris), Attachment A

   – Morris Declaration of December 2, 2004, Attachment B

   – Morris letter opinion December 17, 2004, Attachment C

   – Plaintiffs 2nd Written Discovery Requests, October 18, 2004 (relevant to answer to interrogatory 13 regarding data on switch sharing costs).  Attachment

**DECLARATION OF HAYTON REGARDING MORRIS' DECEMBER 17, 2004 REPORT**

No. CV 03-2629 P                              1

D.   There were no later revisions.

3.   Interrogatory 13 (answered by attachment D) asked for all "cost(s) of providing switch sharing" to the Partnerships for the relevant time period.   It also sought identification of the documents.   The answer was an objection (vague etc) and a list of two documents, the *Linney* case settlement in 1997 (which provided simply the limitation on charges to be made for switch sharing at an amount not to exceed 1.5 cents/minute of use) and an internal memorandum.   We had the *Linney* agreement already, but it is not an accounting document which traces costs.   The memo came to us on December 1.   We then got permission to submit a copy to Mr. Morris.   His December 17 letter opinion referred to that document.

4.   With regard to qualifiers included in the report (as to later-disclosed or uncovered documents), the comparable language of the October 20, 2004 report of  Defendants' expert witness Taylor, at p. 3,  says: "the information and opinions in this report are based on discovery and materials made available to me . . . If my staff and I review additional material relevant to this report, I reserve the right to revise, supplement, or supersede [it] . . ."   The similar language of defense witness Murphy, at October 20, 2004 p. 3, says "I reserve the right to supplement this report to address more specific claims or evidence that the Plaintiffs or their experts may present."

I swear that the foregoing is truthful to the best of my understanding and belief.  This declaration is being signed under the laws of the State of Washington as to perjury.

Dated this 2nd day of May, 2005 at Seattle Washington.

Thomas Hayton

**DECLARATION OF HAYTON REGARDING**
**MORRIS' DECEMBER 17, 2004 REPORT**

No. CV 03-2629 P                                  2

Cutler Nylander & Hayton
Professional Service Corporation
505 Madison Street, Suite 220
Seattle, Washington 98104
Telephone 206 340-4600

**HAYTON DECLARATION IN SUPPORT OF PLAITNIFFS'
OPPOSITION TO MOTION IN LIMINE RE MORRIS OPINION
STATEMENT**


**ATTACHMENT A**

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J & J CELCOM, et al., | |
| Plaintiffs, | No. CV 03-2629 P |
| v. | PLAINTIFFS' DISCLOSURES OF EXPERT WITNESS PURSUANT TO FRCivP 26(a)(2) |
| AT&T WIRELESS SERVICES, INC., et al., | |
| Defendants. | |

1.     Charles E. Walters, ASA

President

C.E. Walters & Associates, Inc.

4940 Hampden Ln

Bethesda, MD 20814

    1.1.  *Reports containing all opinions to be expressed by the witness, the basis and reasoning, and the data considered.*  Mr. Walters has created for each Partnership fair value appraisals[1] and valuations based on the pending acquisition of defendant AWS by Cingular Wireless, LLC, reflecting additional value of each Partnership's association in a national network of cellular telephone service providers.

---

[1]     Using discounted cash flow valuation technique, public market valuation analysis, and private market valuation analysis.

Plaintiffs' Expert Witness Disclosures

No. CV 03-2629 P         1      Cutler Nylander & Hayton
Professional Service Corporation
505 Madison Street, Suite 220
Seattle, Washington 98104
Telephone 206 340-4600

All reports are attached. *See* enclosure A (**note that the reports are marked "confidential" per the existing protective order.** The reports describe data utilized by the author. Mr. Walters was provided by counsel three volumes of materials produced by defendants in discovery.[2]

       1.2. *All exhibits to be used to summarize the opinion.* Exhibits now known to counsel are included in the reports.

       1.3. *Qualifications of the witness (including publications authored for 10 years).* Qualifications are described in each report and enclosure **B.**

       1.4. *List of all cases in which he/she has testified as an expert for 4 years.* These also are listed in enclosure **B.**

       1.5. *Compensation to be paid to this firm.* Mr. Walters is being paid hourly according to his regular rate. Plaintiffs will provide the current total billed and paid soon.

2.     George L. Johnson, CPA, CFA
       Kevin L. Grambush, CPA, ABV
       Evin Morris, CPA/ABV, CMA, CFM
       Jerry L. Epler, CPA, ABV
       Brueggemann & Johnson, PC
       601 Union St #2650
       Seattle WA 98101

       2.1. *Report containing all opinions to be expressed by the witness, the basis and reasoning, and the data considered.* All four will collaborate on an analysis of charges assessed Partnerships by (or for) AWS for switch service to Partnership subscribers *vis a vis* AWS' costs for providing that service. Testimony will be by one of the four, likely either Mr. Johnson or Grambush. There also will be analysis and may be testimony on the degree and nature of AWS' compliance with the terms of the prior settlement agreement in *Linney v. Cellular Alaska Partnership,* D.C. N. Cal. # C-96-0300-DLJ et al as to accounting rules and the change in accounting

---

[2] These materials were organized by Partnership and consisted of "valuation" data (Arthur Anderson LLP), financial statements (PriceWaterhouseCoopers LLP), and subscriber statistics.

Plaintiffs' Expert Witness Disclosures

No. CV 03-2629 P               2

rules[3] and practices after the settlement agreement expired and AWS eliminated the Partnerships. For reasons expressed in our pending motion for continuance, these studies are not ready.

      2.2. *All exhibits to be used to summarize the opinion.* Not yet available.

      2.3. *Qualifications of the witness (including publications authored for 10 years).* Curriculum Vitae for each potential witness are in enclosure **C** and a list of publications for the last 10 years will be provided shortly.

      2.4. *List of all cases in which he/she has testified as an expert for 4 years.* We are providing Brueggeman & Johnson PC's local referral list in enclosure **D**. A list of cases will be supplied shortly.

      2.5. *Compensation to be paid to this firm.* Work is planned to be hourly ($85 - $300/hr) on a estimate per task basis. It is impossible to say more presently.

CUTLER NYLANDER & HAYTON P.S. by:

Thomas Hayton
WSBA 5657
October 19, 2004

---

[3]     e.g., no allocation of AWS management fees, limits on financing transactions, not marking up the cost of goods beyond AWS' out of pocket costs, no rental charges for microwave equipment, and special rules for allocating specific costs (marketing expenses, general costs, and technical expenses).

Plaintiffs' Expert Witness Disclosures

No. CV 03-2629 P             3

# Enclosure C

BRUEGGEMAN0001

# George L. Johnson, CFA, CPA
## Curriculum Vitae

## Experience

*Brueggeman and Johnson, P.C. and predecessor entities (1982-1984 and 1988-present)*

*Executive Vice President and Chief Financial Officer, Pacific First Federal Savings Bank (1984-1988):* Responsible for financial management, including asset/liability management, financial reporting, strategic planning and budgeting. Member of the Bank's Executive Committee. Served as member and Chairman of Senior Credit Committee and Asset/Liability Policy Committee.

*Vice President and Division Manager, Seattle First National Bank (1975-1982):* Responsibilities included development and management of corporate diversification consisting of emerging companies, manager of strategic planning for the Corporation, manager of asset/liability planning, manager of Corporate-wide budgeting, financial management of 170 branches, placement of corporate debentures, and financial analysis f a broad spectrum of Corporate decisions, including acquisitions, real estate, capital expenditures, and issuance of securities.

*Investment Analyst, Safeco Insurance Company (1972-1975):* Responsible for researching and analyzing selected industries and companies, and recommending and managing investments in those securities. Manages a $60 million stock portfolio and represented the Corporation on Venture Capital Board.

## Memberships

Chartered Financial Analyst Designation
Certified Public Accountant—Washington

Member of:   Financial Analysts Federation
American Institute of CPAs
Washington Society of CPAs
Seattle Society of Financial Analysts

## Education

Bachelor of Science, Electrical Engineering, University of Washington

Master of Business Administration, Wharton School of Finance, University of Pennsylvania
Concentration: Finance and Accounting

Graduate of Pacific Coast Banking School

BRUEGGEMAN0002

# *Kevin L. Grambush, CPA, ABV*
## Curriculum Vitae

## Experience

*Vice-President, Brueggeman & Johnson Capital, PC:* Director of Business Valuation, providing business valuation, consulting, and litigation services, as well as expert testimony at deposition and trial: June 2003 to present

*President, Grambush Valuation Advisors, PC:* Providing business valuation, consulting, and litigation services, as well as expert testimony at deposition and trial: 1999 to June 2003

*Instructor for the National Education Program In Business Valuation, American Institute of Certified Public Accountants (AICPA):* 1998 to present

*Shareholder, Martin/Grambush, PC:*
- Director of Business Valuation/Litigation Support Services, 1993 – 1999
- Director of Audit Services, 1982 - 1995
- Healthcare Consulting Group, 1985 – 1993 (Director from 1990 – 1993)

*Licensed as Certified Public Accountant in the State of Washington*

*Accredited in Business Valuation through the AICPA*

*Qualified as an expert witness*

## Memberships

- American Institute of Certified Public Accountants
- Washington Society of Certified Public Accountants
- WSCPA Business Valuation Committee
- Chair of WSCPA Litigation Services Committee
- Management Consulting Services Division, American Institute of Certified Public Accountants
- Financial Consulting Group

## Education

- University of Washington, BA in Business Administration, 1979
- Professional Mediation Training (Alhadeff), 1998
- Recent education related to Business Valuation/Litigation Services:

  - Business Valuation and Litigation Services, 1996, sponsored by CPA Associates International
  - National Association of Certified Valuation Analysts National Conference, 1997
  - Business Valuation Educational Program, 1997, sponsored by CPA Associates International
  - Business Valuation Learning Institute, 1997, sponsored by the National Association of Certified Valuation Analysts
  - Business Valuation Educational Program, 1998, sponsored by CPA Associates International
  - ASA/CICBV Joint Business Valuation Conference, 1998
  - Business Valuation Educational Program, 2000, sponsored by CPA Associates International
  - FCG University – Litigation Conference, April 2001
  - FCG University – Market Approach Analysis, April 2002
  - Business Valuation Conference, November 2002, sponsored by the American Institute of Certified Public Accountants

BRUEGGEMAN0003

# *Evin T. Morris, CPA/ABV, CMA, CFM*
## Curriculum Vitae

## Experience

*Financial and Valuation Analyst, Brueggeman & Johnson Capital, PC: (Oct. 2003- present); Axia Consulting P.C. (Own Firm, April, 2003-September, 2003); Dixon Odom, P.L.L.C. (1998-1999); Brueggeman and Johnson, P.C. (1995-1998.)* Provided business valuation, consulting, and litigation services, as well as expert testimony at deposition and trial. Provided clients with analytical support in various contexts, including franchise negotiations, insurance and lost-profits litigation, bankruptcy, marriage dissolutions, and IRS and SEC filings.

*Misc. Consulting Work (1999-2003)* Consulted with various clients in connection with financial and accounting issues. Assisted with the raising of a $400 million Venture Capital Fund. Served in an interim CFO/Controller/Analyst role for several organizations, including the aforementioned Venture Capital Firm, an early-stage technology company, and an Internet-media firm. Managed or assisted with workpaper-preparation for SEC compliant audits. Also completed many smaller financial analysis/accounting projects related to tax, audit and operational issues for clients in investment, manufacturing, real estate and construction industries.

*Directors Mortgage Loan Corporation (1993-1994)* Mortgage loan officer; also reviewed Company's national marketing materials in advance of publication, addressing compliance and disclosure issues.

*University of Washington Graduate School of Business (1991)* Graduate teaching assistant in University's Accounting Department.

*Hogan Mecham Richardson, and Co., CPA's (1987-1990)* Progressed from staff to senior-level accountant, having full-charge responsibility for audits and tax-return preparation. Industry exposure included clients in the forest products, seafood processing, retail, manufacturing, and construction industries, as well as municipal governments, school districts, a credit union, and several non-profit social-service organizations.

*Licensed as Certified Public Accountant in the State of Washington*

*Accredited in Business Valuation through the AICPA*

*Certified Management Accountant-* (Awarded Robert Beyer Bronze Medal sponsored by Deloitte and Touche for achieving #3 score worldwide on CMA exam)

*Certified in Financial Management by the Institute of Certified Management Accountants-* (Awarded Johnson and Johnson Bronze Medal for achieving #3 score worldwide on CFM exam)

*Qualified as an expert witness*

## Memberships

- American Institute of Certified Public Accountants
- Washington Society of Certified Public Accountants
- Institute of Management Accountants

## Education

- University of Washington, Master of Business Administration, with certificate in environmental management- 1993
- Reed College- Bachelor of Arts (Philosophy) - 1986

BRUEGGEMAN0004

# *Jerry L. Epler, CPA, ABV*
## Curriculum Vitae

## Experience

*Brueggeman and Johnson Capital, PC:* Providing valuation consulting services to closely-held companies

*Grambush Valuation Advisors, PC:* Providing valuation appraisal and consulting services to closely-held companies

*Baldwin Resource Group:* Business Consulting Services, Senior Consultant

*Unigard Insurance Company,* VP Controller

*Deloitte & Touche,* Audit Staff

*Licensed as Certified Public Accountant in the State of Washington*

*Accredited in Business Valuation through the AICPA*

## Memberships
- American Institute of Certified Public Accountants
- Washington Society of Certified Public Accountants
- Business Valuation Subcommittee, Litigation Services Committee, Washington Society of Certified Public Accountants
- Northwest Entrepreneur Network
- Financial Consulting Group
- The Planning Forum, Past President
- Insurance Accounting and Statistical Association, Past Director
- National Association of Accountants, Past Associate Director

## Education
- University of Washington, BA in Business Administration, 1970
- Recent education related to Business Valuation/Litigation Services:

  - Business Valuation Learning Institute, 1998 sponsored by the National Association of Certified Valuation Analysts
  - National Association of Certified Valuation Analysts National Conference, 1999
  - Litigation Support Conference, 1999 and 2001, Washington Society of CPA's
  - Business Valuation Conference, 2000, Financial Consulting Group
  - Current Update in Valuations, 2001, National Association of Certified Valuation Analysts
  - Business Valuation Part II, 2001, American Institute of Certified Public Accountants
  - Business Valuation Part I, 2002, American Institute of Certified Public Accountants

BRUEGGEMAN0005

# Enclosure D

# Professional References

*Brueggeman and Johnson Capital, P.C.*

## Corporate Attorneys

*A. Kyle Johnson*
1221 Second Ave., Ste. 430
Seattle, WA 98101-2925
(206) 689-5650

*Randy J. Aliment*
William Kastner & Gibbs
601 Union St., Ste. 4100
Seattle, WA 98101-2380
(206) 628-6600

*Michael Liles, Jr.*
Karr Tuttle Campbell
1201 Third Ave., Ste. 2900
Seattle, WA 98101-3028
(206) 223-1313

*George S. Holzapfel*
Lasher Holzapfel Sperry &
Ebberson, PLLC
601 Union St., Ste 2600
Seattle, WA 98101-4000
(206) 624-1230

*Judd Marten*
LeSourd & Patten, PS
600 University St., Suite 2401
Seattle, WA 98101-4121
(206) 624-1040

*Lynn Hurst*
Montgomery, Purdue,
Blankinship & Austin PLLC
701 Fifth Ave., 58th Floor
Seattle, WA 98104
(206) 682-7090

*Karen Glover*
Preston Gates & Ellis, LLP
925 Fourth Ave, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

*Andrée Chica*
Hanson Baker Ludlow &
Drumheller PS
10777 Main Street, Suite 300
Bellevue, WA 98004
(425) 454-3374

*Michael Gossler*
Montgomery, Purdue,
Blankinship & Austin PLLC
701 Fifth Avenue, 58th Floor
Seattle, WA 98104
(206) 682-7090

*Susan Thorbrogger*
Short, Cressman & Burgess
999 Third Avenue, Suite 3000
Seattle, WA 98104
(206) 682-3333

## ESOP / Estate Planning / Gifts

*N.E. "Skip" Bell*
The Rainier Group, Inc.
800 Fifth Ave., Ste. 4130
Seattle, WA 98104
(206) 682-7200

*Bud Larimer*
MassMutual
701 Pike St., Suite 2200
Seattle, WA 98101-2358
(206) 628-8800

*Robert Pittman*
Law Offices of Robert Pittman
3906 South 74th St
Tacoma, WA 98409
(253) 471-9779

*Lynn Thorburn*
Laird Norton Trust Company
801 Second Ave, Suite 1600
Seattle, WA 98104-1564
(206) 464-5107

*Tom Gores*
Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA 98101
(206) 583-8555

*Jim Feek*
The Private Consulting Group
10210 NE Points Dr., Ste. 110
Kirkland, WA 98033
(425) 828-1400

1

BRUEGGMAN0007

# Professional References

*Brueggeman and Johnson Capital, P.C.*

## Litigation Support and Damage Claims Analysis

*Mark Davidson*
William Kastner & Gibbs
601 Union St., Ste. 4100
Seattle, WA 98101-2380
(206) 628-6600

*Evan L. Schwab*
Dorsey & Whitney LLP
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
(206) 855-8121

*Patrick A. Sullivan*
Winston & Cashatt
1900 SeaFirst Financial Center
Spokane, WA 99201
(509) 838-6131

*Joel Wright*
Lee, Smart, Cook, Martin &
Patterson
1325 Fourth Ave., Ste. 800
Seattle, WA 98101-2585
(206) 624-7990

*Troy Romero*
Romero Montague, PS
155 108th Ave. NE, Suite 202
Bellevue, WA 98004-5901
(425) 450-5000

*Michael Hooks*
Forsberg & Umlauf, PS
900 Fourth Ave., Ste. 1700
Seattle, WA 98164-1039
(206) 689-8500

*Phil Cutler*
Cutler, Nylander & Hayton
505 Madison St., Suite 220
Seattle, WA 98104
(206) 340-4600

*John Martin*
O'Shea Barnard Martin P.S.
1500 Skyline Tower
10900 NE Fourth Street
Bellevue, WA 98004-5844
(425) 454-4800

*Scott Easter*
Montgomery, Purdue,
Blankinship & Austin PLLC
701 Fifth Avenue, 58th Floor
Seattle, WA 98104
(206) 682-7090

*David Taylor*
Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA 98101
(206) 583-8555

*David Bateman*
Preston, Gates & Ellis
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

*Tom Richardson*
Cairncross & Hemplemann, PS
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
(206) 587-0700

## Marriage Dissolution

*Janet George*
5700 Columbia Seafirst Center
701 5th Avenue
Seattle, WA 98104
(206) 447-0717

*Tom Hamerlinck*
Hamerlinck & Besk, PLLC
10900 NE Fourth St., Suite 2300
Bellevue, WA 98004
(425) 990-1075

*Robert Prince*
The Prince Law Firm
900 4th Ave., Suite 3250
Seattle, WA 98164
(206) 382-0000

*Ed Skone*
Kinzel Allen Skone & Searing
845 106th Ave. NE, Suite 206
Bellevue, WA 98004
(425) 455-3333

*Mark Livas*
17 Central Way
Kirkland, WA 98033
(425) 889-9292

BRUEGGMAN0008

# Professional References

*Brueggeman and Johnson Capital, P.C.*

## Merger and Acquisition Assistance (Former Clients)

*Galliano Mondin*
Hatch & Kirk
5111 Leary Way NW
Seattle, WA 98107
(206) 783-2766

*Jim Norman*
1420 Fifth Ave.
Seattle, WA 98101
(206) 223-0200

*William G. Lucks*
P. O. Box 24423
Seattle, WA 98124
(206) 522-5640

*Roy Rose*
Peregrine Holdings, Ltd.
P. O. Box 577
Tualatin, OR 97062
(503) 516-9628

*Steve Sherman*
601 Union St., Ste 2100
Seattle, WA 98101
(206) 623-0333

*Ottie A. Ladd*
12416 Nyanza Road SW
Tacoma, WA 98499

## Bankers, Investment Bankers and others

*Mike Brustkern*
Exvere, Inc.
1420 Fifth Ave., Suite 3625
Seattle, WA 98101
(206) 728-1800

*Derek Nelson*
Key Bank
Mailcode: WA-31-01-0275
1101 Pacific Avenue, Floor 2
Tacoma, WA 98402
(253) 305-2912

*Bill Greenwood*
Windswept Capital LLC
1001 Fourth Ave., Ste3000
Seattle, WA 98154
(206) 382-2000

*Roy Rose*
Peregrine Holdings, LTD
P. O. Box 577
Tualatin, OR 97062
(503) 240-2822

*Norm Rea*
The Commerce Bank of WA
601 Union St., Ste. 3600
Seattle, WA 98101
(206) 292-3900

*Tom Elzey*
Alexander Hutton
999 Third Avenue, Suite 3700
Seattle, WA 98104
(206) 341-9800

## Certified Public Accountants (CPAs)

*Doug Cruickshank*
Clark Nuber, PS
10900 NE Fourth St., Ste 1700
Bellevue, WA 98004-5841
(425) 454-4919

*Lisa McKeirnan*
Vine Dahlen & Co., PLLC
19203 36th Ave W., Suite 201
Lynnwood, WA 98036-2486
(425) 771-6055

*Robert Martin*
Martin, Bircher, Buller & Flynn,
PC
11400 98th Ave NE, Ste 200
Kirkland, WA 98033-4325
(425) 827-3041

*Tim Proctor*
Proctor & Company
2125 112th Ave NE, Ste 300
Bellevue, WA 98009
(425) 451-9697

*Kendall Main*
Smith Bunday Berman Britton
11808 Northup Way, Ste. 240
Bellevue, WA 98005-1922
(425) 827-8255

*Terence V. O'Keefe*
Deloitte & Touche LLP
700 Fifth Ave., Ste. 4500
Seattle, WA 98104-5044
(206) 292-1800

3

BRUEGGMAN0009

# Professional References

*Brueggeman and Johnson Capital, P.C.*

## Arbitration and Mediation

*Honorable Charles S. Burdell*
Judicial Dispute Resolution
1411 Fourth Ave., Ste. 200
Seattle, WA 98101
(206) 223-1669

*Earl P. Lasher*
Lasher, Holzapfel, Sperry &
Ebberson PLLC
601 Union St., Ste. 2600
Seattle, WA 98101
(206) 624-1230

*Honorable Gerard M. Shellan*
J.A.M.S.
600 University St., Ste. 1010
Seattle, WA 98101
(206) 622-JAMS

4

BRUEGGMAN0010

## Cutler Nylander & Hayton
**PROFESSIONAL SERVICE CORPORATION**

Telephone 206 340-4600
505 Madison Street, Suite 220
Seattle, Washington 98104
Facsimile 206 340-4646

Robert G. Nylander
Telephone 206 340-4606
rgnylander@cnhlaw.com

October 22, 2004

File: 6108.01

*Via Fax & U.S. Mail*
Brendan T. Mangan
Heller Ehrman White & McAuliffe LLP
701 Fifth Ave #6100
Seattle WA 98104-7098

Re:   *J&J Celcom, et al. v. AT&T Wireless Services, Inc., et al.*
      *CV03-2629*

Dear Brendan:

Tom Hayton is out of the office and has asked me to forward to you the lists of recent testimony and publications by Messers. Johnson, Grambush and Morris. Please find them enclosed.

Very truly yours,

Robert G. Nylander

Enclosure (as stated)

# GEORGE L. [...]INSON, CPA, CFA

## Testimony Summary in Deposition or Court for Years 1999 - Present

### Deposition Testimony Only

| Date | Case Name | File # | Type of Business | Type of Case | Party Represented | Jurisdiction | Cause # |
|---|---|---|---|---|---|---|---|
| 3/99 | Superior Hardwoods | 97103 | Hardwoods | Damages/lost profits | Plaintiff | Missoula County | 83128 |
| 8/99 | Superior Hardwoods | 97103 | Hardwoods | Damages/lost profits | Plaintiff | Missoula County | 83128 |
| 10/99 | Moskovakis | 99542 | Maternity clothing | Damages/lost profits | Plaintiff | King County | |
| 11/26/99 | Halvorsun | 99501 | Helicopter tours | Damages/lost profits | | Western District | C98-676L |
| 12/1-2/99 | Microsoft (Knox v.) | 98557 | Software | Valuation/stock option | Defendant | King County | 95-2-11369-9SEA |
| 12/16/1999 | Regional Disposal Co. | 99527 | Garbage hauling | Lost profits | Plaintiff | King County | 94-2-19696-1 SEA |
| 1/10/00 | Regional Disposal Co. | 99527 | Garbage hauling | Lost profits | Plaintiff | King County | 94-2-19696-1 SEA |
| 1/11/00 | Regional Disposal Co. | 99527 | Garbage hauling | Lost profits | Plaintiff | King County | 94-2-19696-1 SEA |
| 3/1/00 | Metro Homes | 20516 | Real estate development | Damages/lost profits | Defendant | Snohomish County | 98-2-04491-6 |
| 4/11/2000 | Columbia Machine | 20518 | Construction equipment | Lost wages | Plaintiff | Clark County Superior Court | 98-2-01492-3 |
| 8/27/2001 | Torbitt And Castleman | 01522 | Food processing | Purchase price adjust. | Plaintiff | American Arbitration Assoc. | |
| 9/9/2004 | Kelly, David C. | 00155 | Residential remodeling | Lost Wages | Plaintiff | Pierce County | 03-2-12311-6 |

### Deposition and Trial Testimony

| Date | Case Name | File # | Type of Business | Type of Case | Party Represented | Jurisdiction | Cause # |
|---|---|---|---|---|---|---|---|
| 7/9/99 | Coopers & Lybrand | 98545 | Accounting firm | Lost profits/damages | Defendant | Spokane County | |
| 9/26/99 | Coopers & Lybrand | 98545 | Accounting firm | Lost profits/damages | Defendant | Spokane County | |
| 5/15/2000 | Columbia Machine | 20518 | Construction equipment | Lost wages | Defendant | Clark County Superior | 98-2-01492-3 |
| 10/13/2000 | Grocers Insurance | 99576 | Insurance | Damages/lost profits | Plaintiff | Cowlitz County | 97-2-010595-5 |
| 10/24/2000 | Microsoft (Davis v.) | 20511 | Software | Lost wages | Defendant | King County | 99-2-05448-2 -SEA |
| 1/29/2001 | Qwest | 20555 | Telecommunications | Lost profits | Defendant | Western District | C00-0613C |
| 1/31/2001 | Microsoft (Browne v.) | 20577 | Software | Wrongful termination | Defendant | Western District | C99-1665C |
| 5/22/2001 | Hi-Q Printing | 99514 | Printing | Lost profits | Plaintiff | King County | 97-2-17866-5 SEA |
| 6/28/2001 | Dreyer | 20141 | Telecommunications | Lost profits | Plaintiff | 3rd District Alaska Superior | 3AN-98-10930Civil |
| 8/14/2001 | Lanterman | 20541 | Venture capital | Lost profits | Plaintiff | King County | 00-2-14333-8 SEA |
| 3/5/2002 | Interactive Objects | 02504 | Software | Stock valuation | Defendant | King County | 00-2-16733-4 SEA |
| 3/13/2002 | Interactive Objects | 02504 | Software | Value of securities | Defendant | King County | 00-2-16733-4 SEA |
| 4/25/2002 | U.S. Engine | 02530 | Engine remanufacturer | Lost profits | Plaintiff | King County | 00-2-28460-8 KNT |
| 4/25/2002 | U.S. Engine | 02530 | Engine remanufacturer | Lost profits | Plaintiff | King County | 00-2-30307-6 KNT |
| 12/3/2003 | U.S. Engine | 02530 | Engine remanufacturer | Lost profits | Plaintiff | King County | 00-2-30307-6 KNT |

### Arbitration/Mediation Testimony

| Date | Case Name | File # | Type of Business | Type of Case | Party Represented | Jurisdiction | Cause # |
|---|---|---|---|---|---|---|---|
| 5/1/2000 | Jensen | 99531 | Restaurant | Lost profits | Plaintiff | King County | 99-2-09452-2 SEA |

Publications:

1 "Valuation of "S" Corporations revisited: The impact of the life of an "S" election under varying growth and discount rates"

*Business Valuation Review, December 31, 1995*

2 "Valuation of Options On Restricted Stock Using Simple Modifications of the Black-Scholes Model"

*Business Valuation Review, June, 1998*

3 "An Expert Witness Can Make or Break a Case"

*Journal of Accountancy, August 2001*

Kevin Grambush

## Court Cases within the Preceding Four Years

I have testified as an expert at trial or deposition in the following cases within the preceding four years:

- Johansen v. Johansen, 2000
- Aysel Sanderson v. Christine Nygaard, 2000
- Lorenz et al v. Lindal Cedar Homes, 2001
- MHKB, Inc. v. Sound Transit, 2001
- Ian Rodihan v. Christine Murphy, 2001
- Speedy 24, Inc. v. Powell-Christensen, Inc., 2001
- Birdwell/Backman v. Wizards of the Coast, 2001
- Taiko America, Inc. v. Triex NW, Inc. et al, 2002
- Michael Dorsey v. Julie Dorsey, 2002
- J. Michael Glover v. Wade Cook Seminars, 2002 (San Juan County District Court, New Mexico)
- 3601 Group Inc. v. Wild Oats Markets, Inc., 2002
- Greg Carpenter v. Jacquelyn Carpenter, 2002
- Mark Montgomery and Pristine Capital Management N.W. v. John Jessum, 2002
- 24-Hour Fitness v. Joy Shamburger, 2002
- Hacker & Willig, Inc. PS v. Holland & Knight LLC, VanValkenberg Furber Law Group PLLC, 2003
- Fisher v. Beaudry Law Firm, 2004
- Bishop v. Bishop (arbitration) 2004
- Ray J. Akers and Douglas L. Cargill v. Kai M. Schrade and Andrew L. Celli, 2004
- U.S. Health & Fitness, Inc. et al v. American Service Finance Corporation (2004)
- Getchell v. Getchell (arbitration), 2004

Unless otherwise noted, the venue for each of these cases was King County, Washington, Superior Court.

# Evin T Morris

## Testimony Summary

### Arbitration/Mediation Testimony

| Date | Case Name | Type of Business | Type of Case | Attorney | Testifying For | Opposing Expert | Jurisdiction |
|------|-----------|------------------|--------------|----------|----------------|-----------------|--------------|
| Sep/1995 | Southgate Ford | Auto Dealer | Dealer Franchise Termination | Don Kellman | Dealer | Ford Marketing | Ford Dealer Policy Board |
| Jun/1998 | New Wilson Ford | Auto Dealer | Dealer Franchise Termination | Don Kellman | Dealer | Ford Marketing | Ford Dealer Policy Board |

### Court Testimony

| Date | Case Name | Type of Business | Type of Case | Attorney | Testifying For | Opposing Expert | Jurisdiction |
|------|-----------|------------------|--------------|----------|----------------|-----------------|--------------|
| Jun/1996 | Borrego | Construction Contractor | Bankruptcy | Krista White | 2 Creditors | N/A | US Bankruptcy Court |
| Sep/1998 | Marten | Manufacturer's Representative | Divorce | Rosemarie LeMoine | Wife | Kessler, Steve | King County |

### Deposition Testimony

| Date | Case Name | Type of Business | Type of Case | Attorney | Testifying For | Opposing Expert | Jurisdiction |
|------|-----------|------------------|--------------|----------|----------------|-----------------|--------------|
| Jul/1998 | Marten | Manufacturer's Representative | Divorce | Rosemarie LeMoine | Wife | Kessler, Steve | King County |
| Jun/2003 | Mika v Miglino, et al. | N/A | Predatory Lending | Ari Brown | Plaintiff | N/A | King County |
| May/2004 | Trent v. First Horizon Mtg. | N/A | Predatory Lending | Ari Brown | Plaintiff | N/A | King County |
| Oct/2004 | Tumelson Family Limited Partnership et al. v World Financial News Network et al. | Web-based financial information service | Investor Fraud | Stephen VanDerhoef | Plaintiff | N/A | Federal Court-Western Washington |

# Cutler Nylander & Hayton
Professional Service Corporation

Telephone 206 340-4600
505 Madison Street, Suite 220
Seattle, Washington 98104
Facsimile 206 340-4646

## FAX TRANSMITTAL MEMORANDUM

DATE :      October 22, 2004         TIME : _3:30_ Pacific Time

TO:         Brendan Mangan
Fax No.:    (206) 447-0849

SENDER:    Elizabeth Fuhrmann         BILLING/FILE: 6108.01
For Thomas Hayton

REFERENCE:    J&J Celcom, et al. v. AT&T Wireless Services, Inc., et al.

### CONFIDENTIALITY NOTICE

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION MAY BE PRIVILEGED, CONFIDENTIAL, OR OTHERWISE EXEMPT FROM DISCOVERY AND IN ANY EVENT IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS TRANSMISSION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS, OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER BY TELEPHONE AND RETURN THE ORIGINAL AND ANY COPIES BY MAIL TO THE ADDRESS STATED ABOVE.

### M E S S A G E

Mr. Mangan:

     Enclosed please find a copy of Mr. Nylander's letter dated October 22, 2004..

THIS TRANSMISSION CONSISTS OF _5_ PAGES, INCLUDING THIS COVER SHEET

TIME  : 10/22/2004 03:35
NAME  : CUTLER NYLANDER HAYT
FAX   : 2063404646
TEL   : 2063404600
SER. # : BROK3J764275

DATE,TIME                    10/22  03:34
FAX NO./NAME                 4470849
DURATION                     00:01:31
PAGE(S)                      05
RESULT                       OK
MODE                         STANDARD
                             ECM

# Cutler Nylander & Hayton

Professional Service Corporation

Telephone 206 340-4600
505 Madison Street, Suite 220
Seattle, Washington 98104
Facsimile 206 340-4646

## FAX TRANSMITTAL MEMORANDUM

DATE :      October 22, 2004            TIME : _3:30_ Pacific Time

TO: ·       Brendan Mangan
Fax No.:    (206) 447-0849

SENDER:     Elizabeth Fuhrmann          BILLING/FILE: 6108.01
            For Thomas Hayton

REFERENCE:    J&J Celcom, et al. v. AT&T Wireless Services, Inc., et al.

## CONFIDENTIALITY NOTICE

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION MAY BE PRIVILEGED,
CONFIDENTIAL, OR OTHERWISE EXEMPT FROM DISCOVERY AND IN ANY EVENT IS INTENDED ONLY
FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE
INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS
TRANSMISSION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY USE, DISSEMINATION,
DISTRIBUTION, OR COPYING, OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS, OF
THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN
ERROR, PLEASE NOTIFY THE SENDER BY TELEPHONE AND RETURN THE ORIGINAL AND ANY COPIES

**HAYTON DECLARATION IN SUPPORT OF PLAITNIFFS'
OPPOSITION TO MOTION IN LIMINE RE MORRIS OPINION
STATEMENT**


**ATTACHMENT B**



The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| J & J CELCOM, *et al.*, | |
| Plaintiffs, | No. CV 03-2629 P |
| v. | DECLARATION OF EVIN MORRIS |
| AT&T WIRELESS SERVICES, INC., *et al.*, | |
| Defendants. | |

EVIN MORRIS declares as follows:

1. I and my firm have been retained by plaintiffs in this case to advise, and potentially testify, on matters of financial accounting and valuation. I am licensed in this state as a Certified Public Accountant, and am accredited in Business Valuation by the American Institute of Certified Public Accountants. I also hold the Institute of Management Accountants' designations of

DECLARATION OF EVIN MORRIS
No. CV 03-2629 P

1

Cutler Nylander & Hayton
Professional Service Corporation
505 Madison Street, Suite 220
Seattle, Washington 98104
Telephone 206 340-4600

"Certified Management Accountant", and "Certified Financial Manager." Although my current practice focuses on closely-held company valuation and litigation-related financial analysis, I have in the past worked, on a contract/consultant basis, as an accountant with Western Wireless, Inc. My primary responsibilities there involved preparing detailed reconciliations and recommended accounting adjustments for the accounts involving the Company and its operating partnerships in preparation for its first financial statement audit in 1995.

2. Our general role, to the extent of available documents, is to evaluate and quantify accounting practices employed by which AT&T Wireless and its subsidiaries for the companies in which it or a subsidiary was a majority partner and plaintiffs were minority partners ("Partnerships"), with a particular sensitivity to procedures which had an inequitable impact on the Partnerships but were not addressed by the prior settlement in *Linney v. Cellular Alaska Partnership* (N.D. Cal. No. C-96-03008 DLJ).

3. Tasks we have been asked to do include familiarizing ourselves with the report of defense financial analyst Michael Murphy and, to ascertain special constraints on the accounting system for the Partnerships" because of *Linney*. To the extent possible with documents provided and time available, we also are to compare accounting systems actually used for the Partnerships prior to and after the expulsion of the plaintiffs. In this latter regard, we are aware of plaintiffs' complaints about internal accounting for switch sharing fees (in which the claim is that fees charged included an amount above costs incurred by AWS or its subsidiaries) and about so-

Cutler Nylander & Hayton
Professional Service Corporation
505 Madison Street, Suite 220
Seattle, Washington 98104
Telephone 206 340-4600

1
2  called "incollect" and "outcollect" charges (in which plaintiffs claim that AWS' rate structure

3  was unfair to the Partnerships).    We are to ascertain the accounting practices actually

4  employed by studying the chart(s) of accounts which were current during the years involved

5  and the financial data for those same periods.

6

7

8  4.  I have seen 18 boxes of materials produced by AWS to plaintiffs in this case.    I found them

9  to be disorganized and very difficult to use: documents on the same topic (e.g., accounting data

10  for a particular Partnership) are found throughout the boxes and key basic records (such as the

11  only example I was able to find of what appeared to be a chart of accounts) was near the end of

12  the production.  (The first page of the latter bears a number of 34,745, which I understand was

13  part of the last production of documents which came with a cover letter dated November 5,

14  2004.)

15

16

17

18  5.  In their present condition, it will take several months for us to sort, understand, and report on

19  those boxes of records.  In many cases, the documents appear to be printouts of spreadsheets

20  that come from single Excel "workbook" files and contain linked data (i.e. data which is an

21  "input" to one sheet appears to be a computed "output" from another.) Our ability to understand

22  how the disclosed documents relate to each other, and how "complete" a story they tell would

23  be considerably enhanced if we were to be given electronic versions of spreadsheets disclosed

24  by AWS. The amount of time required to understand these disclosures would probably also be

25  significantly reduced.

26

**DECLARATION OF EVIN MORRIS**
No, CV 03-2629 P                          3     Cutler Nylander & Hayton
                                                Professional Service Corporation
                                                505 Madison Street, Suite 220
                                                Seattle, Washington 98104
                                                Telephone 206 340-4600

6. I am aware of Mr. Oitzinger's effort to translate the documents into an electronic database so as to be able to organize them electronically. When that is done, it may be possible to determine that an detailed analysis of AWS accounting procedures and their impact on one or more of the Partnerships provides a reasonable basis for assessing their impact on all the Partnerships. This may allow us to reduce the time and expense associated with our work. Again, our work in this area would be speeded by the availability of the electronic versions of the spread sheets.

7. Also, given the constraints of the case and the nature of the production, our conclusions in this matter will probably have to remain preliminary and subject to modification on the basis of additional information received. In particular, given the lack of specific identification of the documents (e.g., a plain statement by defendants that document 34,745 really is the chart of accounts which was in effect for the entire period at issue) and the lack of an ability to consult with the AWS employees (which Mr. Murphy had), our conclusions would likely have to remain tentative pending further disclosures by Defendants.

Signed this _2nd_ day or December, 2004 at _Seattle_, Washington.

_Evin Morris_
Evin Morris

DECLARATION OF EVIN MORRIS
No. CV 03-2629 P

4

Cutler Nylander & Hayton
Professional Service Corporation
505 Madison Street, Suite 220
Seattle, Washington 98104
Telephone 206 340-4600

**HAYTON DECLARATION IN SUPPORT OF PLAITNIFFS'
OPPOSITION TO MOTION IN LIMINE RE MORRIS OPINION
STATEMENT**


**ATTACHMENT C**



RECEIVED

DEC 1 7 2004

Cutler Nylander & Hayton

December 17, 2004

Phillip Cutler
Cutler Nylander and Hayton
505 Madison Street, Suite 220
Seattle, Washington 98104

RE: J&J Celcom et al. v.AT&T Wireless Services, Inc ("AWS"); et al.
    Review of certain documents designated "Highly Confidential".

Dear Mr. Cutler,

Prior to preparing our previous declaration (December 8) on this matter, we examined 18 boxes of documents produced to Plaintiffs by AWS in relation to this case. As described in my previous declaration, we found them highly disorganized, and difficult to understand and use.

We have since conducted a brief review of certain documents designated "highly confidential" provided by your office (Bates #'s AWSJJ 032812 to AWSJJ 032835).

Most of the documents appear to have been prepared for a July 15, 2002 meeting about appropriate 2002 rates at which to allocate certain network capital costs to certain cellular markets. The attached computations appear to indicate that, at least in the preliminary opinion of someone at AWS, a reasonable 2002 rate for allocating TDMA-system costs relating to switch-use, "national initiatives," and "access" was approximately 79/100 cent per minute of use, rather less than the 1.5 cents AWS had in fact been charging.

Although these documents indicate that the actual switch related costs were substantially less than what was charged, these computations appear to have been prospective and were apparently intended to indicate a reasonable rate to be applied in year 2002. As such they are not responsive to the issue of the reasonableness of the switch related cost allocations in years prior to 2002, and we will need additional information to perform our analysis.

To properly complete an analysis related to the appropriate switch related costs from 1997 to the buy out date, we will need all information required to calculate or allocate switch related costs during that time period, including:

1. An analysis similar to Bates AWSJJ032817 for years previous to 2001, if available.

2. Calculations or allocations of switch related costs prepared by AWS for this time period, if any.

601 Union Street, Suite 2650 • Seattle, Washington 98101
206-628-3100 • Fax: 206-628-0106 • EMAIL: valuation@bjcvalue.com
Member Firm of the Financial Consulting Group, L. C.



Mr. Phillip Cutler
December 17, 2004
Page 2 of 2

3. Details or summaries of all costs during this period which may be allocated as a part of the switch related cost.

4. Any variance analysis prepared by AWS to compare actual switch related costs with costs charged to the systems.

5. Any information provided to Mr. Michael Murphy or his firm concerning switch related costs or other cost sharing or cost allocation issues between AWS and the Partnerships.

6. Any other information which is necessary to determine the reasonable switch related costs and/or allocations of switch related cost.


Sincerely,

BRUEGGEMAN AND JOHNSON, P.C.

Evin T Morris CPA/ABV, CMA, CFM

**HAYTON DECLARATION IN SUPPORT OF PLAITNIFFS'
OPPOSITION TO MOTION IN LIMINE RE MORRIS OPINION
STATEMENT**


**ATTACHMENT D**

The Honorable Marsha J. Pechman

RECEIVED

OCT 1 8 2004

Cutler Nylander & Hayton

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

J & J CELCOM, *et al.*,

                    Plaintiffs,

    v.

AT&T WIRELESS SERVICES, INC. *et al.*,

                    Defendants.

Case No. CV 03-2629 P

PLAINTIFF'S SECOND
DISCOVERY REQUEST AND
OBJECTIONS AND RESPONSES
THERETO

Defendants AT&T Wireless Services, Inc., McCaw Cellular Interests, Inc.,
AT&T Wireless Services of Colorado, LLC, AT&T Wireless Services of Idaho, Inc.,
AT&T Wireless Services of Washington, LLC, AT&T Wireless Services of California,
LLC, AT&T Wireless Services of Minnesota, Inc., McCaw Communications of
Texarkana, Inc., and McCaw Communications of Wheeling, Inc. ("Defendants")
respond to Plaintiffs' Second Discovery Requests as follows:

## PRELIMINARY STATEMENT AND GENERAL OBJECTIONS

1.     Defendants make the following general objections to these discovery
demands, which objections are incorporated herein to the extent applicable. The

PLAINTIFF'S SECOND DISCOVERY REQUEST
AND OBJECTIONS AND RESPONSES THERETO
NO. CV 03-2629 P

ORIGINAL

Heller Ehrman White & McAuliffe LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900

## Interrogatory No. 13:

With regard to your denial of Complaint para. 67 that you continued to charge the Partnerships switch-sharing fees of 1.5 cents/minute even though your cost had shrunk to less than 0.25 cents/minute, please:

    a.    State what your cost(s) of providing switch sharing was during various times from May 1997 to January 1, 2004; and

    b.    Identify material documents supporting your answer to (a).

## Response To Interrogatory No. 13:

In addition to their General Objections, each of which is incorporated herein as if fully set forth, Defendants object to this request as vague, ambiguous, overbroad and unduly burdensome. Subject to and without waiving these objections, Defendants respond as follows:

See the Settlement Agreement. AWSJJ 032608 -AWSJJ 0032671. See also AWSJJ 032812-032835.

## Interrogatory No. 14:

With respect to your evident assertion (in answer to our Complaint para. 69) that more plaintiffs than S&D Partnership accepted your tender offers, please:

    a.    Identify all such plaintiffs; and

    b.    Identify any materially supporting document.

## Response To Interrogatory No. 14:

In addition to their General Objections, each of which is incorporated herein as if fully set forth, Defendants object to this request as vague and ambiguous. Subject to and without waiving these objections, Defendants respond as follows:

Cell-Cal IX-T9 and Brady Ranch voluntarily sold their interests in Redding Cellular Partnership. Ronald Wilson voluntarily sold his interest in Rochester CellTelCo. Additionally, Donnelly Communications and Hisao Shigeishi voluntarily sold their interests in Yuba City Cellular Telephone Company and Yakima Cellular Telephone Company, respectively. (Defendants note, however, that Donnelly

PLAINTIFF'S SECOND DISCOVERY REQUEST    13
AND OBJECTIONS AND RESPONSES THERETO
NO. CV 03-2629 P

Heller Ehrman White & McAuliffe LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900

1    Dated this 18 day of October, 2004

2

3                                    HELLER EHRMAN WHITE & MCAULIFFE
4                                    LLP

5

6                                    By _____
7                                        Brendan T. Mangan, WSBA NO. 17231
8                                        Kristen B. Wynne, WSBA NO. 28513
                                        Attorneys for Defendants
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# VERIFICATION

I, Todd J. Pladson, hereby declare:

I am a Manager for AT&T Wireless Services, Inc. I am authorized to make this verification on behalf of AT&T Wireless Services, Inc. I have read the foregoing Plaintiff's Second Discovery Requests and Objections and Responses Thereto and know the contents thereof. I am informed and believe that the matters stated herein are true and on that ground declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 18ᵗʰ day of October, 2004 at Redmond, WA

_____

Todd J. Pladson

SE 2052816 v2
10/15/04 11:13 AM (18228.0010)

Heller Ehrman White & McAuliffe LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900